UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENIER ALONSO ALVAREZ,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-03076-DAD-EFB

ORDER DISMISSING ACTION

(Doc. Nos. 3, 12)

On June 3, 2026, the parties filed a joint stipulation to dismiss this action as "moot." (Doc. No. 13.) The court construes this stipulation as a stipulation to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to that stipulation, this action is DISMISSED. Petitioner's pending motions to appoint counsel and for leave to file traverse out of time (Doc. Nos. 3, 12) are DENIED as having been rendered moot by this order. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE